IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| KIM GREENE, et al., | |
| Plaintiffs, | |
| vs. | No. 04-2604-Ma/P |
| JIMMY MOORE, et al., | |
| Defendants. | |

ORDER DENYING IRREGULAR MOTION

Plaintiffs Kim Greene a/k/a Kimberly Kay Greene, Tennessee Department of Corrections ("TDOC") prisoner number 299588, and Marcie Murray, TDOC prisoner number 253875, both of whom are inmates at the Mark Luttrell Correctional Center ("MLCC") in Memphis, filed a pro se complaint pursuant to 42 U.S.C. § 1983 on July 15, 2004. Each plaintiff signed the complaint, as required by Fed. R. Civ. P. 11(a) and 28 U.S.C. § 1654, and each plaintiff submitted an in forma pauperis affidavit. The Court issued an order on February 9, 2005 that, inter alia, assessed each plaintiff half of the $150 civil filing fee, dismissed the complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) & (iii) and 1915A(b)(1) & (2), certified that an appeal would not be taken in good faith, and assessed a strike. Judgment was entered on February 10, 2005.

On February 28, 2005, the clerk docketed a letter from the plaintiffs requesting that they be permitted to pay ten dollars ($10.00) a month, rather than the amount assessed in the February 9,

2005 order. The requirement that an inmate pay twenty percent (20%) of all deposits to her inmate trust fund account each month until the filing fee is paid is set by statute, 28 U.S.C. § 1915(b)(2), and the Court is unable to modify it. Accordingly, the plaintiffs' motion is DENIED.

IT IS SO ORDERED this 20th day of September, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:04-CV-02604 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

Kim Greene
MARK LUTTRELL CORRECTIONAL CENTER
299558
6000 State Road
Memphis, TN 38134

Marcie Murray
MARK LUTTRELL CORRECTIONAL CENTER
253875
6000 State Road
Memphis, TN 38134

Honorable Samuel Mays
US DISTRICT COURT